**BRADLEY/GROMBACHER LLP**
MARCUS J. BRADLEY (Cal. State Bar No. 174156)
KILEY L. GROMBACHER (Cal. State Bar No. 245960)
LIRIT A. KING (Cal. State Bar No. 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361-3089
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

Attorneys for Plaintiff, KATHARINE COUTURE individually and on behalf of all others similarly situated

(Additional counsel on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHARINE COUTURE, individually and on behalf of other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEPHORA USA, INC., a Michigan corporation, and DOES 1-100 inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-07138-JWH (GJSx)**<br>Assigned to Hon. John W. Holcomb, CR2<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 26, 2020<br>FAC Filed: June 10, 2020<br>Trial Date:       None set |

1

1 | **ORRICK HERRINGTON & SUTCLIFFE LLP**
2 | ANDREW R. LIVINGSTON (Cal. State Bar No. 148646)
  | ALEXANDRA H. STAHOPOULOS (Cal. State Bar No. 286681)
3 | KOUROSH JAHANSOUZ (Cal. State Bar No. 292559)
4 | 405 Howard Street
  | San Francisco, California 94105-2669
5 | Telephone: (415) 773-5700
6 | Facsimile: (415) 773-5759
  | alivingston@orrick.com
7 | astathopoulos@orrick.com
  | kjahansouze@orrick.com
8 | Attorneys for Defendant
9 | SEPHORA USA, INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF SETTLEMENT
Case No. 2:20-cv-07138-JWH (GJSx)

# STIPULATION

Plaintiff KATHARINE COUTURE ("Plaintiff") and Defendant SEPHORA USA, INC., ("Defendant") (Collectively with Plaintiff, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on June 10, 2020, Plaintiff filed a First Amended Complaint (ECF No. 10);

WHEREAS, after that date, good-faith settlement negotiations have taken place, in which the Parties were represented by their respective counsel, and Plaintiff has agreed to settle her individual claims;

WHEREAS, a scheduling conference is set for this action January 22, 2021 (ECF No. 35).

WHEREAS, the Parties will not be filing a Joint Rule 26 statement, as they have settled the lawsuit.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this case should be stayed pending the finalization of the individual settlement.

IT IS SO STIPULATED.

DATED: January 12, 2021    Respectfully submitted,

**BRADLEY/GROMBACHER, LLP**

By:   /s/ *Marcus J. Bradley*
       Marcus J. Bradley
       Kiley L. Grombacher
       Attorneys for Plaintiff

DATED: January 12, 2021    **ORRICK HERRINGTON & SUTCLIFFE LLP**

By:   /s/ *Andrew Livingston*
       Andrew Livingston
       Attorneys for Defendant

## E-SIGNATURE ATTESTATION

I, Marcus J. Bradley, attest that I have obtained concurrence in the filing of this stipulation from Andrew Livingston and approval to affix his electronic signature to this filing in compliance with Local Rule 5-4.3.4(a)(2)(i).

DATED: January 12, 2021

By: <u>/s/ Marcus J. Bradley</u>
      Marcus J. Bradley