**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

Attorneys for Plaintiff, KATHARINE COUTURE individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| KATHARINE COUTURE, individually and on behalf of other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEPHORA USA, INC., a Michigan corporation, and DOES 1-100 inclusive,<br><br>Defendants. | **CASE NO. 2:20-cv-07138-JWH (GJSx)**<br>Assigned to Hon. John W. Holcomb, CR2<br><br>**CLASS ACTION**<br><br>**STIPULATION RE: DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)**<br><br>(*Filed Concurrently with* [*Proposed*] *Order*) |

---

1

STIPULATION RE: VOLUNTARY
DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED** by and among KATHARINE COUTURE ("Plaintiff"), individually and on behalf of others similarly situated, and Defendant SEPHORA USA, INC., a Michigan Corporation ("Defendant"), acting through their counsel of record, to the dismissal of the above-entitled action and all claims asserted by Plaintiff therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. This action, in its entirety, be dismissed with prejudice as to Plaintiff Katharine Couture;
2. This action, in its entirety, be dismissed without prejudice as to any putative class members; and
3. Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: February 12, 2021          **BRADLEY/GROMBACHER, LLP**

By: /s/ *Marcus J. Bradley*
Marcus J. Bradley, Esq.
Kiley Lynn Grombacher, Esq.
Lirit A. King, Esq.

Attorneys for Plaintiff

DATED: February 12, 2021          **ORRICK HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Andrew Livingston*
Andrew Livingston, Esq
Alexandra Stathopoulos, Esq.

Attorneys for Defendants

## ECF ATTESTATION

I, Marcus J. Bradley, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: February 12, 2021       **BRADLEY/GROMBACHER LLP**

By: */s/ Marcus J. Bradley*
       Marcus J. Bradley, Esq.